IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT SHANE TAYLOR,                    :
                                        :
           Plaintiff(s)                 :
                                        :   Case Number: 1:05cv155
       vs.                              :
                                        :   District Judge Susan J. Dlott
DOCTOR McWEENEY, et al,                 :
                                        :
           Defendant(s)                 :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Black filed on May 27, 2005(Doc. 16), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired June 16, 2005, hereby

ADOPTS said Report and Recommendations.

IT IS ORDERED that Defendants' motion to dismiss (Doc. 8) is DENIED and Plaintiff's

"motion to default summery (sic) judgment" (Doc. 10) is DENIED as moot.

IT IS SO ORDERED.


____s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge