IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT SHANE TAYLOR, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv155 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| DOCTOR McWEENEY, et al, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 21, 2006 Report and Recommendations (Doc. 36).  Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 37) and the Defendant replied (Doc. 38).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 32) is GRANTED and the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of the Court's Order would not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).  This case is TERMINATED off this Court's docket.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge